SCOTT N. JOHNSON, ESQ., SBN 166952
DISABLED ACCESS PREVENTS INJURY, INC.
5150 FAIR OAKS BLVD., SUITE 101
PMB #253
CARMICHAEL, CA 95608-5758
TELEPHONE (916) 485-3516
FAX (916) 481-4224
E-MAIL   scottnjohnson@comcast.net

Attorney for Plaintiff Scott N. Johnson

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Scott N. Johnson, <br><br> Plaintiff, <br><br> vs. <br><br> Rocklin Park Hotel, LLC, et al, <br><br> Defendants | Case No. **2:10-cv-02324-LKK-DAD** <br><br> **ORDER RE: REQUEST FOR DISMISSAL OF SPA LALE, INC.** <br><br> Case to Remain Open with Remaining Defendants |

IT IS HEREBY ORDERED THAT Defendant Spa Lale, Inc. is hereby dismissed With Prejudice.  This case is to remain open with remaining Defendants.

Date: November 12, 2010.

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT