SCOTT N. JOHNSON, ESQ., SBN 166952
DISABLED ACCESS PREVENTS INJURY, INC.
5150 FAIR OAKS BLVD., SUITE 101
PMB #253
CARMICHAEL, CA 95608-5758
TELEPHONE (916) 485-3516
FAX (916) 481-4224
E-MAIL   scottnjohnson@comcast.net

Attorney for Plaintiff Scott N. Johnson

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Scott N. Johnson,<br><br>        Plaintiff,<br><br>    vs.<br><br>Rocklin Park Hotel, LLC, et al,<br><br>        Defendants | Case No. **2:10-cv-02324-LKK-DAD**<br><br>**ORDER RE: REQUEST FOR DISMISSAL OF BOROSKI & BOROWSKI TWO, LLC**<br><br>Case to Remain Open with Remaining Defendants |

IT IS HEREBY ORDERED THAT Defendants, Boroski & Borowski Two, LLC, are hereby dismissed Without Prejudice. This case is to remain open with remaining Defendants.

Date:   November 15, 2010

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

PROPOSED ORDER RE REQUEST FOR DISMISSAL

CIV: S-10-cv-02324-LKK-DAD - 1